# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv212

| | |
|---|---|
| **LEONARD FRANK GOSNELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **MICHAEL J. ASTURE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [Doc. 28]. The Commissioner does not oppose the Plaintiff's Motion. [Doc. 29].

For the reasons stated therein, the Court finds that the motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [Doc. 28] is **GRANTED**, and this case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: August 8, 2012

Martin Reidinger
United States District Judge