# United States District Court
# For The Western District of North Carolina
# Asheville Division

Leonard Frank Gosnell ,

    Plaintiff(s),           JUDGMENT IN A CIVIL CASE

vs.          1:11-cv-00212

Michael J. Astrue ,
Commissioner of Social Security ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/9/12 Order.

Signed: August 9, 2012

Frank G. Johns, Clerk
United States District Court